

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2020

No. 04-19-00705-CR

Ernesto Esquivel **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7806
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

After Appellant's court-appointed counsel filed an *Anders* brief, we advised Appellant that if he desired to file a pro se brief, he must do so by March 26, 2020. On April 8, 2020, this court received Appellant's pro se motion for a thirty-day extension of time to file a pro se brief. Appellant noted he did not receive this court's order until three days before the response due date.

Appellant's motion is GRANTED. Appellant must file the pro se brief with this court by May 8, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court